EGGLESTON V BIO-MEDICAL APPLICATIONS OF DETROIT, INC, No. 121208. Reported *ante,* 29.

*Order Entered May 15, 2003:*

GRIEVANCE ADMINISTRATOR V KAREGA, No. 122565. In lieu of granting leave to appeal, the case is remanded to the Attorney Discipline Board for reconsideration in light of *Grievance Administrator v Lopatin,* 462 Mich 235 (2000), and ABA standards 2.3 and 9.22. MCR 7.302(G)(1).

*Order Entered May 20, 2003:*

PROPOSED ADMINISTRATIVE ORDER REGARDING CASEFLOW MANAGEMENT. On order of the Court, this is to advise that the Court is considering issuing a new administrative order to govern the flow of cases in the trial courts. The proposed order reflects (1) recent changes in statutes and court rules, (2) a new caseload reporting system, and (3) suggestions from a group of judges and staff members convened by the State Court Administrative Office to review time guidelines for monitoring case processing. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford interested persons the opportunity to comment on the form or the merits of the proposal, or to suggest alternatives. The Court welcomes the views of all. This matter also will be considered at a public administrative hearing by the Court before a final decision is made. The schedule and agendas for public hearings are posted on the Court's website, www.courts.michigan.gov/supremecourt.

Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.

[The proposed order would read as follows:]

The management of the flow of cases in the trial court is the responsibility of the judiciary. In carrying out that responsibility, and in order to have an effective, fair, and efficient system of justice, the judiciary must balance the rights and interests of individual litigants, the limited resources of the judicial branch and other participants in the justice system, and the interests of citizens.

Accordingly, on order of the Court and effective immediately,

A. The State Court Administrator is directed, within available resources, to:

1. *assist trial courts in implementing caseflow management plans that incorporate case processing time guidelines established pursuant to this order;*